UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS K. SUDBERRY,<br><br>            Petitioner,<br>    v.<br>ISIDRO BACA, et al.,<br><br>            Respondents. | Case No. 3:14-cv-00662-RCJ-VPC<br><br>ORDER |

This court dismissed this *pro se* habeas corpus petition without prejudice for failure to comply with this court's order to pay the $5.00 filing fee (ECF No. 5), and judgment was entered (ECF No. 7).

Now before the court is a filing that petitioner Sudberry styled a motion for clarification and filed almost one year after this case was closed (ECF No. 12). Moreover, Sudberry merely lists a few potential allegations that might implicate one's rights under 42 U.S.C. § 1983 or 28 U.S.C. § 2254 and lists numerous cases that he has filed in this court. He appears to ask the court to sort out which claims are raised in which cases. Sudberry is responsible for litigating and keeping track of his many cases; this motion is frivolous and a misuse of this court's limited time and resources.

1

**IT IS THEREFORE ORDERED** that petitioner's motion for clarification (ECF No. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner shall file no more documents in this closed case.

DATED: 17 February 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE